## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF A PRIVATE    : No. 43 WM 2014
CRIMINAL COMPLAINT BY PHILLIP    :
SCHNEIDER COMMONWEALTH OF    :
PENNSYLVANIA    :
    :
    :
    :
    v.    :
    :
    :
RAYMOND BOGATY    :
    :
    :
PETITION OF: PHILLIP SCHNEIDER    :


IN THE MATTER OF A PRIVATE    : No. 44 WM 2014
CRIMINAL COMPLAINT BY PHILLIP    :
SCHNEIDER COMMONWEALTH OF    :
PENNSYLVANIA    :
    :
    :
    :
    :
    v.    :
    :
    :
RAYMOND BOGATY    :
    :
    :
PETITION OF: PHILLIP SCHNEIDER    :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.